**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
CRISTIAN ENOC FLORES BANEGAS,

                       Petitioner,             26 **CIVIL** 0783 (DH)

    -against-                         **JUDGMENT**

LADEON FRANCIS, ET AL.,

                      Respondents.
--------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated January 30, 2026, the Petition for Writ of Habeas Corpus is

GRANTED and that Petitioner be released from custody.

**DATED:** New York, New York
         February 3, 2026

                        **TAMMI M. HELLWIG**
                        _____
                            **Clerk of Court**

              **BY:**   _____
                           **Deputy Clerk**